# Exhibit A

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 97.118.116.119 | 09/04/2012 07:50:06 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Century Link | Colorado |
| 2 | 97.124.205.173 | 09/05/2012 01:48:27 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Century Link | Colorado |
| 3 | 64.17.77.9 | 09/05/2012 04:32:19 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Baja Broadband | Colorado |
| 4 | 98.245.220.144 | 09/05/2012 06:34:56 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 5 | 76.25.45.120 | 09/05/2012 09:14:34 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 6 | 69.146.52.246 | 09/07/2012 02:34:12 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Bresnan Communications | Colorado |
| 7 | 24.9.64.209 | 09/07/2012 10:14:38 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 8 | 71.211.172.3 | 09/07/2012 09:33:10 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Century Link | Colorado |
| 9 | 24.8.43.43 | 09/08/2012 04:15:57 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 10 | 72.174.152.149 | 09/08/2012 05:46:25 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Bresnan Communications | Colorado |
| 11 | 50.8.111.73 | 09/09/2012 01:00:02 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Clearwire Corporation | Colorado |
| 12 | 67.177.193.34 | 09/09/2012 03:02:43 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 13 | 75.173.206.188 | 09/09/2012 12:46:19 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Century Link | Colorado |
| 14 | 67.166.24.246 | 09/09/2012 08:24:43 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 15 | 75.71.28.100 | 09/11/2012 06:11:58 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 16 | 67.190.10.101 | 09/11/2012 06:41:01 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 17 | 209.255.131.124 | 09/11/2012 07:38:04 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | PAETEC Communications | Colorado |
| 18 | 75.70.58.44 | 09/11/2012 08:29:03 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 19 | 71.237.64.76 | 09/12/2012 06:26:45 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 20 | 67.161.198.134 | 09/12/2012 01:21:32 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 21 | 24.8.183.31 | 09/12/2012 09:08:32 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 22 | 98.245.11.237 | 09/13/2012 11:37:32 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 23 | 107.2.173.213 | 09/15/2012 03:23:26 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 24 | 75.103.13.139 | 09/15/2012 08:07:44 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Regus Business Center, LLC | Colorado |
| 25 | 75.70.253.195 | 09/16/2012 03:07:15 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 26 | 75.171.244.23 | 09/16/2012 06:31:11 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Century Link | Colorado |
| 27 | 71.237.102.248 | 09/16/2012 07:40:23 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 28 | 71.56.228.116 | 09/16/2012 09:22:40 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 29 | 97.118.215.1 | 09/17/2012 04:30:47 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Century Link | Colorado |
| 30 | 71.196.240.60 | 09/17/2012 10:03:28 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |
| 31 | 67.190.137.190 | 09/18/2012 01:00:24 | 68EA2EE5281DD2FBA6A33EDB472320948B027192 | Comcast Cable | Colorado |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 32 | 75.71.105.200 | 09/18/2012 02:27:11 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 33 | 75.70.102.26 | 09/19/2012 04:08:00 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 34 | 70.56.44.36 | 09/19/2012 07:14:12 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 35 | 71.33.210.94 | 09/20/2012 09:20:32 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 36 | 67.174.107.165 | 09/21/2012 02:31:10 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 37 | 71.229.230.109 | 09/22/2012 12:13:50 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 38 | 8.25.246.35 | 09/22/2012 02:17:27 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Level 3 Communications | Colorado |
| 39 | 174.29.190.22 | 09/23/2012 08:11:53 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 40 | 50.21.194.71 | 09/23/2012 08:04:32 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Baja Broadband | Colorado |
| 41 | 71.212.179.180 | 09/23/2012 08:40:46 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 42 | 71.212.133.233 | 09/24/2012 12:37:08 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 43 | 75.71.122.42 | 09/24/2012 07:08:11 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 44 | 69.145.164.90 | 09/24/2012 10:27:44 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Bresnan Communications | Colorado |
| 45 | 65.128.21.84 | 09/26/2012 03:45:49 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 46 | 65.128.106.178 | 09/26/2012 05:54:40 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 47 | 75.71.250.221 | 09/26/2012 09:53:19 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 48 | 71.214.59.179 | 09/26/2012 10:00:29 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 49 | 67.190.126.131 | 09/27/2012 05:27:50 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 50 | 71.221.96.135 | 09/27/2012 07:30:57 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 51 | 75.70.197.233 | 09/29/2012 10:14:31 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 52 | 209.169.202.6 | 09/30/2012 07:32:21 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Baja Broadband | Colorado |
| 53 | 70.196.192.175 | 10/01/2012 12:13:43 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Cellco Partnership DBA Verizon Wireless | Colorado |
| 54 | 128.138.65.217 | 10/01/2012 02:22:24 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | University of Colorado | Colorado |
| 55 | 75.71.41.196 | 10/01/2012 10:20:27 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 56 | 75.70.82.38 | 10/03/2012 12:48:35 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 57 | 97.124.175.86 | 10/03/2012 07:04:59 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 58 | 174.51.241.93 | 10/03/2012 08:14:15 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 59 | 68.180.32.244 | 10/04/2012 07:08:17 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Distributed Management Information Systems, Inc. ( | Colorado |
| 60 | 184.96.185.108 | 10/05/2012 02:34:09 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 61 | 65.128.6.79 | 10/05/2012 03:01:05 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 62 | 71.212.137.49 | 10/05/2012 05:28:57 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 63 | 24.9.96.93 | 10/05/2012 07:57:24 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 64 | 24.8.115.0 | 10/06/2012 03:04:36 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 65 | 75.166.59.64 | 10/06/2012 05:05:04 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Century Link | Colorado |
| 66 | 71.237.87.223 | 10/07/2012 02:16:51 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 67 | 174.255.129.68 | 10/07/2012 09:19:30 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Cellco Partnership DBA Verizon Wireless | Colorado |
| 68 | 98.245.90.13 | 10/10/2012 01:19:13 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 69 | 67.190.37.40 | 10/10/2012 04:04:43 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 70 | 75.70.118.211 | 10/10/2012 05:28:20 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 71 | 24.8.185.203 | 10/10/2012 08:10:09 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 72 | 76.25.234.161 | 10/11/2012 12:55:54 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 73 | 71.218.27.150 | 10/11/2012 01:22:18 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Century Link | Colorado |
| 74 | 184.96.167.170 | 10/11/2012 02:13:53 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Century Link | Colorado |
| 75 | 70.196.196.38 | 10/11/2012 02:03:22 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Cellco Partnership DBA Verizon Wireless | Colorado |
| 76 | 63.225.127.26 | 10/11/2012 02:11:23 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Century Link | Colorado |
| 77 | 67.165.251.49 | 10/14/2012 04:36:44 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 78 | 75.166.66.234 | 10/15/2012 12:18:22 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Century Link | Colorado |
| 79 | 24.8.82.169 | 10/15/2012 01:32:19 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 80 | 24.9.246.12 | 10/15/2012 02:29:09 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 81 | 184.96.241.14 | 10/16/2012 12:24:21 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Century Link | Colorado |
| 82 | 128.198.20.66 | 10/16/2012 03:37:18 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | University of Colorado | Colorado |
| 83 | 75.71.175.248 | 10/16/2012 05:25:26 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 84 | 67.161.134.142 | 10/16/2012 04:02:43 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 85 | 174.51.77.18 | 10/18/2012 06:09:17 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 86 | 174.16.83.217 | 10/18/2012 03:14:45 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Century Link | Colorado |
| 87 | 71.208.235.22 | 10/18/2012 11:53:12 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Century Link | Colorado |
| 88 | 184.96.194.189 | 10/18/2012 11:58:05 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Century Link | Colorado |
| 89 | 67.177.197.112 | 10/20/2012 10:01:49 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 90 | 98.127.208.229 | 10/20/2012 10:35:08 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Bresnan Communications | Colorado |
| 91 | 67.190.16.196 | 10/21/2012 09:32:14 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 92 | 24.8.222.60 | 10/22/2012 12:38:57 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 93 | 24.9.17.17 | 10/22/2012 12:46:07 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 94 | 24.9.213.250 | 10/23/2012 07:01:24 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |
| 95 | 67.176.99.152 | 10/25/2012 03:29:35 | 68EA2EE5281DD2FBA6A33EDB472320948802719 2 | Comcast Cable | Colorado |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 96 | 75.71.206.44 | 10/25/2012 05:49:38 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 97 | 107.2.238.56 | 10/26/2012 06:07:24 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 98 | 75.70.81.149 | 10/26/2012 08:28:20 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 99 | 75.70.0.104 | 10/27/2012 09:08:14 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 100 | 174.232.130.32 | 10/27/2012 11:54:23 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Cellco Partnership DBA Verizon Wireless | Colorado |
| 101 | 24.8.4.4 | 10/28/2012 02:41:40 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 102 | 97.118.145.210 | 10/28/2012 03:13:48 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 103 | 71.208.236.230 | 10/28/2012 09:26:33 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 104 | 71.38.5.137 | 10/28/2012 10:18:16 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 105 | 75.70.102.93 | 10/30/2012 07:45:38 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 106 | 69.145.166.244 | 10/31/2012 03:22:02 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Bresnan Communications | Colorado |
| 107 | 216.17.229.2 | 10/31/2012 07:35:50 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Front Range Internet | Colorado |
| 108 | 174.16.60.50 | 11/02/2012 12:56:58 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 109 | 98.245.166.240 | 11/02/2012 10:59:23 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 110 | 174.255.130.210 | 11/03/2012 09:51:00 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Cellco Partnership DBA Verizon Wireless | Colorado |
| 111 | 71.212.194.123 | 11/04/2012 06:55:09 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 112 | 75.100.61.98 | 11/04/2012 07:23:27 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | TDS Telecom | Colorado |
| 113 | 65.128.95.68 | 11/04/2012 09:21:40 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 114 | 98.245.20.46 | 11/04/2012 12:45:43 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 115 | 75.71.138.75 | 11/04/2012 06:20:40 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 116 | 71.229.151.55 | 11/05/2012 12:06:01 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 117 | 174.51.187.72 | 11/05/2012 01:34:38 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 118 | 67.176.50.241 | 11/05/2012 03:13:10 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 119 | 174.22.172.15 | 11/05/2012 07:34:02 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Century Link | Colorado |
| 120 | 76.25.117.248 | 11/05/2012 08:36:15 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 121 | 67.176.76.36 | 11/05/2012 05:19:06 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 122 | 75.71.177.87 | 11/05/2012 10:33:31 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |
| 123 | 75.71.90.214 | 11/06/2012 05:49:31 | 68EA2EE52281DD2FBA6A33EDB472320948802719 | Comcast Cable | Colorado |