IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-KMT

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DOES 1-123,

    Defendants.

---

**ORDER DISMISSING PARTIES WITH PREJUDICE**

---

    THIS MATTER is before the Court on plaintiff's Dismissal Of Doe Nos. 34 and 35 Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 11], filed on April 5, 2013.  After a careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendants, Does 34 and 35 should be dismissed with prejudice from this action.  Accordingly, it is

    ORDERED that defendants, Does 34 and 35 are **DISMISSED WITH PREJUDICE** from this action.  It is

    FURTHER ORDERED that the Clerk of Court shall amend the case caption to reflect the dismissal of the above listed Does from this matter.

    Dated: April 9, 2013.

                            BY THE COURT:

                            /s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior U.S. District Judge