IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DOES 1-123,

    Defendants.

---

### ORDER DISMISSING PARTY WITH PREJUDICE

---

THIS MATTER is before the Court on reFX Audio Software Inc.'s Dismissal Of Doe No. 27 Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 17], filed on April 15, 2013.  After a careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, Doe No. 27 should be dismissed with prejudice from this action.  Accordingly, it is

ORDERED that reFX Audio Software Inc.'s motion [ECF No. 17] is **GRANTED** and Doe No. 27 is **DISMISSED WITH PREJUDICE** from this action.

Dated: April 16, 2013.

                                          BY THE COURT:

                                          /s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior U.S. District Judge