IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DOES 1-123,

    Defendants.

---

## AMENDED ORDER

---

THIS MATTER is before the Court on reFX Audio Software Inc.'s Motion To Withdraw Plaintiff's Dismissal of Does 34 & 35 [ECF No. 27], filed on April 22, 2013. After careful consideration, it is

ORDERED that reFX Audio Software Inc.'s motion [ECF No. 27] is **GRANTED** and reFX Audio Software Inc.'s Motion To Dismiss Does No. 34 and 35 [ECF No. 25] is **WITHDRAWN** from the record.

Dated: April 22, 2013.

                        BY THE COURT:

                        /s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior U.S. District Judge