IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DOES 1-123,

    Defendants.

---

## ORDER DISMISSING PARTIES WITH PREJUDICE

---

THIS MATTER is before the Court on plaintiff, reFX Audio Software Inc.'s, Dismissal Of Does No. 57, 64, 80, and 116 Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 32], filed on April 26, 2013.  After a careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendants, Does 57, 64, 80, and 116 should be dismissed with prejudice from this action.  Accordingly, it is

ORDERED that defendants, Does 57, 64, 80, and 116 are **DISMISSED WITH PREJUDICE** from this action.

Dated: April 29, 2013.

                              BY THE COURT:

                              /s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior U.S. District Judge