IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DOES 1-123,

    Defendants.

---

## ORDER DISMISSING PARTIES WITH PREJUDICE

---

THIS MATTER is before the Court on plaintiff, reFX Audio Software Inc.'s, Notice Of Dismissal Of Doe Numbers 42, 79, and 121 [ECF No. 37], filed on May 10, 2013. After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendants, Does 42, 79, and 121 should be dismissed with prejudice from this action.  Accordingly, it is

ORDERED that defendants, Does 42, 79, and 121 are **DISMISSED WITH PREJUDICE** from this action.

Dated: May 13, 2013.

                                            BY THE COURT:

                                            /s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior U.S. District Judge