IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DOES 1-26, 28-33, 36-41, 43-56, 58-63, 65-78, 81-115, 117-120, 122, and 123,

    Defendants.

## ORDER

    THIS MATTER is before the Court on plaintiff, reFX Audio Software Inc.'s, Notice Of Dismissal Of Specific Doe Defendants Pursuant To 41(a)(1)(A)(i) [ECF No. 42], filed on May 21, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, Does 3-5, 7, 9, 11, 12, 14-22, 24, 32, 36-38, 40, 47, 52, 54, 59, 82, 97, 107, 112, and 122 should be dismissed without prejudice, and Doe 68 should be dismissed with prejudice.  Accordingly, it is

    ORDERED that defendant, Doe 68, is **DISMISSED WITH PREJUDICE** from this action.  It is

    FURTHER ORDERED that defendants, Does 3-5, 7, 9, 11, 12, 14-22, 24, 32, 36-38, 40, 47, 52, 54, 59, 82, 97, 107, 112, and 122, are **DISMISSED WITHOUT PREJUDICE** from this action.

    Dated: May 22, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge