IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

      Plaintiff,

v.

JOHN DOES 1-2, 6, 8, 10, 13, 23, 25-26, 28-31, 33, 39, 41, 43-46, 48-51, 53, 55-56, 58, 60-63, 65-67, 69-78, 81, 83-96, 98-106, 108-111, 113-115, 117-120, 123,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2013.**

      Plaintiff's Third Motion for Extension of Time to Name and Serve Defendants Pursuant to Fed. R. Civ. P. 4(m) [filed June 7, 2013; docket #45] is **granted**.  The Plaintiff shall serve Defendants pursuant to Fed. R. Civ. P. 4 on or before July 10, 2013.