IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DOES 1, 2, 6, 8, 10, 13, 23, 25, 26, 28-31, 33, 39, 41, 43-46, 48-51, 53, 55, 56, 58, 60-63, 65-78, 81, 82-96, 98-106, 108-111, 113-115, 117-120, and 123,

    Defendants.

## ORDER

THIS MATTER is before the Court on plaintiff, reFX Audio Software Inc.'s, Dismissal Of Doe Nos. 1, 2, 8, 26, 29, 39, 45, 46, 48, 50, 81, 87, And 103 Pursuant To 41(a)(1)(A)(i) [ECF No. 44], filed on June 7, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, Does 1, 2, 8, 26, 29, 39, 45, 46, 48, 50, 81, 87, and 103 should be dismissed without prejudice from this action.  Accordingly, it is

ORDERED that Does 1, 2, 8, 26, 29, 39, 45, 46, 48, 50, 81, 87, and 103 are **DISMISSED WITHOUT PREJUDICE** from this action.

Dated: June 12, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge