IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DOES 1, 2, 6, 8, 10, 13, 23, 25, 26, 28-31, 33, 39, 41, 43-46, 48-51, 53, 55, 56, 58, 60-63, 65-78, 81, 82-96, 98-106, 108-111, 113-115, 117-120, and 123,

    Defendants.

## ORDER

    THIS MATTER is before the Court on plaintiff, reFX Audio Software Inc.'s, Dismissal Of Doe Nos. 25, 33, 51, 83, And 91 Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 52], filed on June 25, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, Does 25, 33, 51, and 83 are dismissed without prejudice, and Doe 91 is dismissed with prejudice.  Accordingly, it is

    ORDERED that Does 25, 33, 51, and 83 are **DISMISSED WITHOUT PREJUDICE** from this action, and Doe 91 is **DISMISSED WITH PREJUDICE** from this action.

    Dated: June 28, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge