IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE, INC,

    Plaintiff,

v.

BERT SUTTON;
MICHAEL MEAGHER;
KATARZYNA WOLANSKA;
DELAINE NOVAK;
AARON SCOTT TIMMONS;
JILL MOELLER;
STERLING STUMP;
MARY MARTINEZ;
ANTHONY DO;
M.C. HONDERREAD;
NORMA ORONA-SERRANO;
DARRYL JOHNSON II;
ELEANOR TURNER;
KEITH ESTES;
ROSE RODRIGUEZ;
NICOLE FIELDS;
MELANIE DUMAS; and,
TIYONA MILES,

    Defendants.

---

**ORDER DISMISSING PARTY WITH PREJUDICE**

---

THIS MATTER is before the Court on plaintiff, reFX Audio Software, Inc.'s,

Dismissal Of Norma Orona-Serrano Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No.

58], filed on July 11, 2013.  After careful review of the file, the Court concludes that

pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendant,

Norma Orona-Serrano, should be dismissed with prejudice from this action.

Accordingly, it is

ORDERED that defendant, Norma Orona-Serrano, is **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that plaintiff, reFX Audio Software, Inc., **shall amend the case caption on future filings to reflect the dismissal of Norma Orona-Serrano**.

Dated: July 16, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge