IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE, INC,

    Plaintiff,

v.

MICHAEL MEAGHER;
KATARZYNA WOLANSKA;
DELAINE NOVAK;
STERLING STUMP;
MARY MARTINEZ;
ANTHONY DO;
M.C. HONDERREAD;
DARRYL JOHNSON II;
ELEANOR TURNER;
KEITH ESTES;
ROSE RODRIGUEZ;
NICOLE FIELDS;
MELANIE DUMAS; and,
TIYONA MILES,

    Defendants.

---

**ORDER DISMISSING PARTIES WITHOUT PREJUDICE**

---

THIS MATTER is before the Court on plaintiff, reFX Audio Software, Inc.'s, Dismissal Of Defendants Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 85], filed on August 9, 2013.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, defendants, Katarzyna Wolanska, Delaine Novak, Rose Rodriguez, and Mary Martinez should be dismissed without prejudice from this action.  Accordingly, it is

    ORDERED that defendants, Katarzyna Wolanska, Delaine Novak, Rose

Rodriguez, and Mary Martinez, are **DISMISSED WITHOUT PREJUDICE** from this action.  It is

FURTHER ORDERED that plaintiff, reFX Audio Software, Inc., **shall amend the case caption on future filings to reflect the dismissal of Katarzyna Wolanska, Delaine Novak, Rose Rodriguez, and Mary Martinez** *i.e.*, **reFX Audio Software, Inc., shall specifically name all remaining defendants in the case caption on future filings**.

Dated: August 12, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge