IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

     Plaintiff,

v.

MICHAEL MEAGHER,
ANTHONY DO,
DARRYL JOHNSON II,
ELEANOR TURNER,
KEITH ESTES,
NICOLE FIELDS, and
MELANIE DUMAS,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 12, 2013.**

Before the Court is Plaintiff's Motion and Memorandum for Default Judgment Against Defendants Darryl Johnson II, Eleanor Turner and Nicole Fields [filed September 10, 2013; docket #105]. Pursuant to Fed. R. Civ. P. 5(d) and D.C. Colo. LCivR 5.1G, Plaintiff is required to file a certificate of service demonstrating that it has served the motion upon all Defendants. However, here, the certificate of service reflects that Plaintiff has served a copy of the motion only on certain Defendants, but not on those Defendants to which the motion is directed. Therefore, the motion is **denied without prejudice** for failure to comply with federal and local rules. Plaintiff may re-file the motion in compliance with this order and the applicable rules on or before September 18, 2013.