IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

    Plaintiff,

v.

MICHAEL MEAGHER;
STERLING STUMF;
ANTHONY DO;
M.C. HONDERREAD;
DARRYL JOHNSON II;
ELEANOR TURNER;
KEITH ESTES;
NICOLE FIELDS;
MELANIE DUMAS; and,
TIYONA MINES,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on the parties' Joint Stipulation Of Dismissal [ECF No. 95], filed on August 29, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and defendant, Tiyona Mines, should be dismissed with prejudice from this action pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Joint Stipulation Of Dismissal [ECF No. 95], filed on August 29, 2013, is **APPROVED**.  In accordance therewith, defendant, Tiyona Mines, is **DISMISSED WITH PREJUDICE** from this action.  Each party bears its own attorney

fees and costs.

DATED: September 13, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge