IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE, INC.,

    Plaintiff,

v.

DARRYL JOHNSON II;
ELEANOR TURNER;
KEITH ESTES;
NICOLE FIELDS; and,
MELANIE DUMAS,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the parties' Joint Stipulation Of Dismissal [ECF No. 111], filed on November 21, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and defendant, Melanie Dumas, should be dismissed with prejudice from this action pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

    ORDERED that the parties' Joint Stipulation Of Dismissal [ECF No. 111] is **GRANTED** and defendant, Melanie Dumas, is **DISMISSED WITH PREJUDICE** from this action.  Each party bears its own attorney fees and costs.  It is

    FURTHER ORDERED that plaintiff, reFX Audio Software, Inc., **shall amend the case caption on future filings to reflect the dismissal of Melanie Dumas**.

DATED: November 25, 2013.

                    BY THE COURT:

                    /s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Senior U.S. District Judge