IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DARRYL JOHNSON II,
ELEANOR TURNER,
KEITH ESTES, and
NICOLE FIELDS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 8, 2014.**

Plaintiff's Motion to Withdraw its Combined Motion to Compel Discovery Against Keith Estes, Motion for Extension of Time to Make Expert Disclosures and for Attorney's Fees ("Motion to Compel") [filed January 7, 2014; docket #118] is **granted**. The Motion to Compel [filed January 3, 2014; docket #115] is **withdrawn**.

For good cause shown, Plaintiff's Revised Motion for Extension of Time to Make Expert Disclosures [filed January 7, 2014; docket #117] is **granted**. Paragraph 9 of the Scheduling Order shall be modified as follows:

d.3. Initial expert designation: January 13, 2014

d.4. Rebuttal expert designation: February 10, 2014

All other deadlines and conference dates shall remain the same.