IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

     Plaintiff,

v.

DARRYL JOHNSON II,
ELEANOR TURNER,
KEITH ESTES, and
NICOLE FIELDS,

     Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2014.**

Plaintiff's Combined Motion to Compel Discovery Against Keith Estes, to Modify the Discovery Schedule and for Attorney's Fees [filed January 25, 2014; docket #121] is **denied without prejudice** for Plaintiff's failure to comply with D.C. Colo. LCivR 37.1, which states:

> A motion under Fed. R. Civ. P. 26 or 37 directed to an interrogatory, request or response under Fed. R. Civ. P. 33, 34 or 36 shall set forth, either in the text of the motion or in an exhibit to the motion, the ***specific*** interrogatory, request or response to which the motion is directed.

*Id.* (emphasis added).  The Court cannot determine from the motion or its attachments whether Plaintiff challenges each and every discovery response provided by Defendant Estes or only certain of the Defendant's responses.