IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03146-WYD-MEH

reFX AUDIO SOFTWARE INC.,

    Plaintiff,

v.

DARRYL JOHNSON II,
ELEANOR TURNER,
KEITH ESTES, and
NICOLE FIELDS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2014.**

    In light of the Motion for Consent Judgment filed by the Plaintiff and Defendant Keith Estes in this case [docket #145], Plaintiff's Second Combined Motion to Compel Discovery Against Defendant Keith Estes, to Modify the Discovery Schedule, and for Attorney's Fees [filed April 24, 2014; docket #138] is **denied as moot**.